E. WATSON GARDINER, Appellant, v. THE SCRANTON BUTTON COMPANY, Respondent.— Order modified so as to provide that the counterclaim, being all

* Appeal dismissed, 253 N. Y. ——.

of the answer after the 6th subdivision, be struck out; and as so modified the order is affirmed, with ten dollars costs and disbursements to the appellant. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.